bill justifying him in reaching the conclusion which he did in placing appellant on trial first, and it was perfectly proper for the opinion of this court to so state, and the original opinion need not have been tempered by its deletion.

We find nothing else in the motion for rehearing which requires consideration. We have carefully reconsidered the entire record and think the original opinion correctly disposes of the case.

The motion for rehearing is overruled.

The record is before us without a statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The indictment and all matters of procedure appear regular.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

BEAUCHAMP, Judge.

The motion for rehearing in this cause presents nothing for our consideration and is overruled.

KRUEGER, Judge.

The offense is driving an automobile upon a public highway while intoxicated; the penalty assessed is confinement in the county jail for three months and a fine of $270.